**United States District Court**
For the Northern District of California

1

2

3

4            IN THE UNITED STATES DISTRICT COURT

5         FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7
MISAEL E. BARBA-REJON,                    No. C 09-05236 CW (PR)

8          Petitioner,                    ORDER OF DISMISSAL

9      v.

10
DERRAL G. ADAMS,

11          Respondent.

12 _____/

13      The Clerk of the Court erroneously opened this case when

14 Petitioner filed a typed amended petition relating to his other

15 pending action, <u>Misael Barba-Rejon-v-Adams</u>, Case No. C 09-5052 CW

16 (PR).

17      The Court directs the Clerk to close this case and to refile

18 the amended petition in Case No. C 09-5052 CW (PR).  No filing fee

19 is due in this action.

20      IT IS SO ORDERED

21 Dated:  12/28/09          _____

22                          CLAUDIA WILKEN
                            UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MISAEL E. BARBA-REJON,

     Plaintiff,

  v.

DERRAL G. ADAMS et al,

     Defendant.
_____/

Case Number: CV09-05236 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Misael Eduardo Barba-Rejon F36193
Corcoran State Prison
P.O. Box 3466
3B04 #245
Corcoran,  CA 93212

Dated: December 28, 2009

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2