IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISAEL E. BARBA-REJON,<br><br>    Petitioner,<br><br>  v.<br><br>DERRAL G. ADAMS,<br><br>    Respondent.<br>_____/ | No. C 09-05236 CW (PR)<br><br>**AMENDED** ORDER OF DISMISSAL |

    The Clerk of the Court erroneously opened this case when Petitioner filed a typed amended petition relating to his other pending action, <u>Misael Barba-Rejon v. Adams</u>, Case No. C 09-5052 CW (PR).

    **The Court directs the Clerk to close this case and to refile the amended petition and the pending motion for appointment of counsel (docket nos. 1, 2) in Case No. C 09-5052 CW (PR). All future filings shall occur only in Case No. C 09-5052 CW (PR). No filing fee is due in this action.**

    IT IS SO ORDERED

Dated: 1/5/10

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MISAEL E. BARBA-REJON,

    Plaintiff,

v.

DERRAL G. ADAMS et al,

    Defendant.

        /

Case Number: CV09-05236 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Misael Eduardo Barba-Rejon F36193
Corcoran State Prison
P.O. Box 3466
3B04 #245
Corcoran, CA 93212

Dated: January 5, 2010

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

2